AO 121

| To: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyrights(s):

| ✖ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.**    **DATE FILED**<br>2:09-cv-966 DB    10/28/09 | **United States District Court for the District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **Masterfile** | **Martin Gale**<br>**Laurie Gale**<br>**Gale Services** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 see complaint | see complaint | Masterfile |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    X Judgment | ☐ Yes    X No | 7/19/13 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| D. Mark Jones | Julie Wierschem | 7/19/13 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Registrar of Copyrights & lodge a copy in the file
2) Upon filing of document adding copyright(s), mail copy to Registrar of Copyrights & lodge a copy in the file
3) Upon termination of action, mail copy to Registrar of Copyrights & lodge a copy in the file.
4) In the event of an appeal, forward copy to the Appellate Court & lodge a copy in the file.